UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Edward J. Davila**
Courtroom 4 - 5th Floor
**Civil Minute Order**

Date: May 7, 2015

**TIME IN COURT**: 1 hr, 5 mins (9:06 – 10:11 AM)

Courtroom Deputy Clerk: Elizabeth Garcia
Court Reporter: Irene Rodriguez

**CASE NUMBER/TITLE: 5:14-cv-05484-EJD, Le et al v. Zuffa LLC**
**Related Cases: 5:14-cv-05591-EJD, Vazquez et al v. Zuffa LLC**
   **5:14-cv-05621-EJD, Vera et al v. Zuffa LLC**
   **5:15-cv-00521-EJD, Ruediger et al v. Zuffa LLC**
   **5:15-cv-01324-EJD, Kingsbury et al v. Zuffa LLC**

Plaintiff(s) Attorney(s) present: Joseph Saveri, Eric Cramer, Michael Dell'Angelo, Robert Maysey, Jerome Elwell
Defendant(s) Attorney(s) present: William Isaacson, John Cove, Perry Grossman

**PROCEEDINGS: Motions to Transfer Cases (Doc. 31 in 5:14-cv-05484-EJD, 18 in 5:14-cv-05591-EJD, 18 in 5:14-cv-05621-EJD, 18 in 5:15-cv-00521-EJD, Ruediger et al v. Zuffa LLC, 12 in 5:15-cv-01324-EJD, Kingsbury et al v. Zuffa LLC)**

**ORDER AFTER HEARING:**
Hearing held.
The Court took the motions under submission after oral argument. The Court to issue further Order following hearing on the submitted motions. The Court vacated the scheduled case management conference. The Court to issue further order setting scheduling deadlines.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: